IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RENA NEWMAN**                                                                     **PLAINTIFF**

**V.**                          **NO. 4:22-CV-01019-JTK**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 17th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE